FEBRUARY 15, 1940

**No. 4729.**— —*United States* v. *Zellerbach Paper Co.* (*Hoyt, Shepston & Sciaroni*). Entered at San Francisco, Calif. Reap. Dec. 4709. Motion by appellant.